AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lydell Brown | ) | Case No: 4:12-cr-00746-TLW |
| | ) | USM No: 24633-171 |
| Date of Original Judgment: 07/25/2013 | ) | |
| Date of Previous Amended Judgment: | ) | William F. Nettles IV |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because Defendant's sentence was based on a Rule 11(c)(1)(C) agreement to 108 months incarceration, rather than the Guidelines. See Freeman v. United States, 131 S. Ct. 2685, 2696-2700 (2011) (Sotomayor, J., concurring); United States v. Duvall, 705 F.3d 479, 484 (D.C. Cir. 2013); United States v. Brown, 653 F.3d 337, 340 (4th Cir. 2011).

Except as otherwise provided, all provisions of the judgment dated  07/25/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06/23/2015                         s/ Terry L. Wooten
                                                              *Judge's signature*

Effective Date: _____                           Terry L. Wooten, Chief United States District Judge
*(if different from order date)*                *Printed name and title*